***COMMISSIONERS OF LAND OFFICE-CONTROL OVER IMPROVEMENT ON LEASE PROPERTY*** THE COMMISSIONERS OF THE LAND OFFICE OF THE STATED OF OKLAHOMA DO NOT HAVE THE AUTHORITY TO PROHIBIT THE PAYMENT OF A "BONUS" TO THE LESSEE BY ANOTHER AS CONSIDERATION FOR THE TRANSFER OF THE UNEXPIRED TERM OF THE LEASE, AND CANNOT REQUIRE THAT THE "BONUS" BE PAID TO THE STATE. CITE: 64 O.S. 1971 1 [64-1]; TITLE 64 O.S. 1971 260 [64-260]; TITLE 64 O.S. 1971 259 [64-259]. (MARVIN C. EMERSON)